**Order entered April 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00397-CV

## WBW HOLDINGS, LLC, Appellant

## V.

## DONANLD L. CLAMON AND LARRY D. CLAMON, Appellees

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 10444-CC2**

## ORDER

Before the Court is court reporter Tandrea Baxter's letter requesting the Court disregard the reporter's record filed April 6, 2020 as the "correct" copy of the record was filed April 16, 2020.

We **GRANT** the request and **STRIKE** the April 6th reporter's record. The appeal will proceed on the reporter's record filed April 16th.

Appellant's brief shall be filed no later than May 6, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE